IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:97-CR-32-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF CONDITIONAL RELEASE |
| | ) | |
| ORLANDO EDWARDS, | ) | |
| Reg. No. 16916-056, | ) | |
| | ) | |
| Defendant. | ) | |

By Order dated 30 December 1997, defendant was committed to the custody of the Attorney General pursuant to Title 18 United States Code, Section 4243(e), until his conditional release under a prescribed regimen of care and treatment would not create a substantial risk of bodily injury to another person or serious damage to property of another. The Warden at the Federal Medical Center in Butner, North Carolina ("FMC Butner") has now certified to the court pursuant to 18 U.S.C. § 4243(f), that defendant has recovered from his mental disease or defect to the extent that his release under a prescribed regimen of medical, psychiatric or psychological treatment would no longer create a substantial risk of bodily injury to another person or serious damage to the property of another. Therefore, it is hereby ORDERED, pursuant to the provisions of 18 U.S.C. § 4243(f), that defendant be conditionally released under the following specific conditions or regimen of care:

1) Defendant shall report in person to the United States Probation Office in the district to which he is released within 72 hours of his release from custody of the Bureau of Prisons. He shall be and remain under the supervision of the United States Probation Office for the Middle District of North Carolina and shall comply with all of the standard conditions of supervision, any other conditions adopted by the U.S. Probation Office, and the specific

conditions set forth herein. Defendant's initial supervising Probation Officer is Evey B. Wooten, Senior U.S. Probation Officer, 2330 Broad Street, Durham, North Carolina, 27704 phone, (919) 317-1997, ext. 116.

2) Defendant shall reside at Chestnut Manor-Mangum Street, 830 Mangum Street, Durham, NC 27701. Ms. Yolanda Chestnut Jackson, owner/operator of the group home, will assist in monitoring Defendant's mental status and compliance with the conditions of his release. Ms. Jackson's telephone number is (919)638-6174. Any change in residence must be approved the U.S. Probation Officer.

3) Defendant shall be supervised at all times unless he is attending an appointment or activity approved in advance by the U.S. Probation Officer and the group home director.

4) Defendant may be permitted to visit with a third party, such as a family member, only with advance arrangement and approval by the U.S. Probation Officer and the group home director. Defendant may participate in overnight visits away from the group home only with advance arrangement and approval by the U.S. Probation Officer and group home director. No overnight guests shall be allowed at the group home.

5) Defendant shall maintain active participation in a regimen of outpatient mental health care as directed by the U.S. Probation Officer and administered by the Durham Center. As directed by the U.S. Probation Officer, Defendant shall participate in Threshold, (a social and vocational clubhouse), located at 609 Gary Street, Durham, NC, telephone number (919)682-4124.

6) Defendant shall continue to take such medication as shall be prescribed for him by the medical provider. His current medication is: Acetaminophen, 325mg, two times daily;

Allopurinol, 100mg, one tablet each morning; Aspirin, 81mg, one tablet each day; Fluphenazine, 5mg, three tablets by mouth at bedtime; Gyburide, 5mg, two tablets twice daily; Hydrochlorothiazide, 25mg, one tablet by mouth each morning; Hydrocortisone Acetate Supp., 25 mg, three times weekly; Lisinopril, 20mg, by mouth each day; Metformin, 500 mg, one tablet by mouth twice daily; and, Ranitidine, one tablet by mouth, twice daily.

7) Defendant shall abstain from the use of alcohol and illegal drugs. At the direction of the U.S. Probation Officer or medical provider, Defendant shall submit to testing for use of drugs and alcohol. As directed by his treatment provider or the U.S. Probation Officer, defendant shall cooperatively participate in a substance abuse treatment program, which may include inpatient or outpatient treatment. Defendant shall not frequent places where alcohol or illegal drugs are known to be possessed, manufactured or distributed.

8) Defendant shall waive his rights to confidentiality regarding his mental health treatment, in order to allow sharing of information with the U.S. Probation Officer, the U.S. Attorney's Office, and Bureau of Prisons officials, who will monitor defendant's continued suitability for community placement.

9) As directed by the U.S. Probation Officer, defendant shall notify third parties of risk that may be occasioned by his criminal record, personal history or characteristics. The U.S. Probation Officer is authorized to make such notification and to confirm defendant's compliance with the notification requirement.

10) Defendant shall not have in his possession, at any time, actual or imitation firearms, ammunition, weapon-related paraphernalia, destructive devices or other deadly weapons, and shall live in a residence that is free from the same. At the request of the U.S. Probation

Officer or any law enforcement officer, defendant shall submit to a warrantless search of his person or property, including his vehicle or premises, for the purpose of determining compliance with this condition.

11) Defendant shall not travel outside of the local area without the prior approval of the U.S. Probation Officer. Defendant shall be prohibited from obtaining a driver's license or permit without the permission of the U.S. Probation Officer.

12) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the U.S. Probation Officer. He shall provide the U.S. Probation Officer with access to any requested financial information.

13) Defendant shall not commit a federal, state or local crime, and shall immediately notify the U.S. Probation Officer if he is arrested or questioned by any law enforcement officer. Defendant shall not associate with any person engaged in criminal activity or with any person convicted of a felony, unless granted permission to do so by the U.S. Probation Officer.

14) Upon the recommendation of the medical provider or U.S. Probation Officer, defendant shall voluntarily admit himself into a hospital for treatment. If he refuses, involuntary state civil commitment procedures should be pursued. A local or state hospital should be utilized, if possible. If local or state facilities are unable to ensure the safety of others, the U.S. Probation Officer shall contact this court for further instructions regarding defendant's possible return to federal custody (preferably at FMC Butner, North Carolina).

Defendant's failure to adhere to any of the conditions of his release may result in his being taken into custody and brought before this court for review of his suitability for conditional release.

4

Case 5:97-cr-00032-BR   Document 79   Filed 10/16/09   Page 4 of 6

It shall be the duty and responsibility of the medical provider to promptly notify the U.S. Probation Officer of any changes in the prescribed regimen of medical or psychiatric care, including any failure by defendant to comply with medication or cooperate with the other requirements of the conditions listed above.

The medical provider or U.S. Probation Officer may at any time recommend modification or elimination of the regimen of medical, psychiatric or psychological care or treatment, upon certification to this court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. If a request to modify or terminate the conditions of release is made, the party so requesting shall submit a motion to this court, with adequate documentation supporting the request, and provide copies to the U.S. Probation Officer, the office of the United States Attorney, defendant's counsel, and the Warden of FMC Butner.

Pursuant to 18 U.S.C. § 4247(e), the U.S. Probation Officer shall file annual reports with the Court, and provide copies to the United States Attorney, defendant's counsel, and the Warden of FMC Butner.

Upon receipt and verification of an Order of Conditional Release and prior to the actual date and time of release, the Bureau of Prisons shall notify the appropriate persons to schedule an arrival date, finalize the release paperwork, make transportation arrangements, arrange the initial appointment for mental health aftercare and contact the assigned U.S. Probation Officer. The U.S. Probation Officer shall notify the Court of the actual release date from FMC Butner. The Bureau

of Prisons shall release defendant after all release arrangements are satisfactory and complete.

This 16 October 2009.

                                                                W. Earl Britt
                                                                Senior U.S. District Judge